UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAYA MORENA,<br><br>         Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota corporation, and DOES 1 to 50 inclusive,<br><br>         Defendant(s). | CASE NO.: **2:24-cv-09205-GW-E**<br><br>[~~PROPOSED~~] **ORDER ON JOINT STIPULATION TO DISMISS THE CASE WITH PREJUDICE** |

The court has reviewed this Joint Stipulation submitted by the Parties pursuant to the request to dismiss the case with prejudice pursuant to F.R.C.P. 41(a)(1)(ii) with each Party to bear their own attorney fees and costs.

**IT IS SO ORDERED:**

DATED: October 30, 2025

_____
Hon. George H. Wu, Judge

1

THE PARTIES JOINT STIPULATION OF DISMISSAL OF LAWSUIT PURSUANT TO
F.R.C.P. 41(a)(1)(ii) WITH PREJUDICE and [PROPOSED] ORDER